AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

CC: USA, USM, PTS, USPO

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

JUL 26 2005

at 2 o'clock and 45 min. P M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**WAYNE JOHN DE YOUNG, JR.**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **1:04CR00196-001**
USM Number: **91485-022**
**SHANLYN PARK, AFPD**
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) Standard Condition No. 3; General Condition and Standard Condition No. 7; Special Condition No. 9; Special Condition No. 6; HRS §707-712(1)(a), and the General Condition; and HRS §707-717, and the General Condition of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 5456

Defendant's Residence Address:
**Lopono Loop**

Defendant's Mailing Address:
**None**

JULY 15, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, Chief United States District Judge
Name & Title of Judicial Officer

JUL 26 2005
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER: 1:04CR00196-001
DEFENDANT: WAYNE JOHN DE YOUNG, JR.

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject failed to follow instructions of the probation officer | 4/3/2005 |
| 2 | Subject submitted urine specimens that tested positive for methamphetamine | 4/6/2005 and 4/7/2005 |
| 3 | Subject associated with Louise Sugundo | 5/9/2005 |
| 5 | Subject was terminated from Po'ailani Inc. | 5/11/2005 |
| 6 | Subject was convicted of Assault in the third degree | 5/12/2005 |
| 7 | Subject was convicted of Terroristic Threatening in the 2nd Degree | 5/12/2005 |

Judgment - Page 2 of 3

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:04CR00196-001 | Judgment - Page 3 of 3 |
| DEFENDANT: WAYNE JOHN DE YOUNG, JR. | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 37 MONTHS.

[✔] The court makes the following recommendations to the Bureau of Prisons:
Sheridan, OR. Drug treatment. Educational and Vocational training. Intensive mental health counseling for anger and domestic violence issues.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
  [ ] at ___ on ___.
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before ___ on ___.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal